UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 12–8967 DSF (AJWx) | Date | 10/3/13 |
|---|---|---|---|
| Title | Medhi Haghighi, et al. v. JPMorgan Chase Bank, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge | |
|---|---|---|
| Debra Plato | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (In Chambers) Order re Supplemental Briefing on Interpretation of the Deed of Trust

    Plaintiffs Medhi Haghighi and Jana Lee Haghighi bring, *inter alia*, claims against JPMorgan Chase Bank, N.A. (Chase) that require an interpretation of the Deed of Trust. The Court previously found that the single section of the Deed of Trust on which Chase based its motion for summary judgment was subject to conflicting interpretations. The Court ordered the parties to provide additional briefing as to other provisions of the Deed of Trust claimed by Chase to support its position.

    Having reviewed the additional briefing, the Court is considering granting summary judgment for Chase *sua sponte*. See Portsmouth Square, Inc. V. Shareholders Protective Committee, 770 F.2d 866, 869 (9th Cir. 1985) (holding district court may grant summary judgment at pretrial conference.)

    The parties should be prepared to address this issue at the pretrial conference.

    IT IS SO ORDERED.