DENNIS PALMIERI
Counselor and Attorney - CSB 103346
28990 pacific Coast Highway, Suite 110
Malibu, CA, 90265
Ph: (310) 457-7000
Fx: (310) 457-7600
callondennis@verizon.net

NEIL EVANS - CSB 105669
Law Office of Neil Evans
2625 Townsgate Road, Suite 330
Westlake Village, CA, 91361
Ph: (818) 802-8333; Fx: (805) 241-4618
evanstnt@aol.com

Attorneys For Plaintiffs
MEHDI HAGHIGHI and JANA LEE HAGHIGHI

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI HAGHIGHI, an Individual, JANA LEE HAGHIGHI, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, a Corporation, and DOES 1-50, inclusive<br><br>Defendants | Case No. CV 12-08967- DSF- AJW<br><br>NOTICE OF ERRATA FOR CLARITY AND CORRECTION IN PLAINTIFFS' OPPOSITION MEMO AND STATEMENT OF GENUINE ISSUES<br><br>DATE : September 8, 2014<br>TIME  : 1:30 p.m.<br>CTRM: 840<br><br>Action Filed       : August 19, 2010<br>Action Removed : October 17, 2012 |

    COMES NOW MEHDI HAGHIGHI and JANA LEE HAGHIGHI, ("Plaintiffs") and files this Notice of Errata for clarification and corrections in the Plaintiffs Opposition Memorandum, Document ("Doc.") 153, and Statement of Genuine Issues, Doc 154-1 filed August 18, 2014 in Opposition to the Defendant JPMorgan Chase Bank's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment.

    This Notice clarifies and corrects errors in Doc. 153 and 154-1 which occurred as Counsel did not physically see the computer errors from a visual infirmity and from staring into a computer screen for excessive hours and days while preparing documents.

1. The following corrections are made in the Statement of Genuine Issues ("SGI")

    A. The word deposition ("depo") was intended to be used rather than the word declaration ("Dec.") in SGI Nos. 12, 13, 14, 16, 18, 19, 20, 21, 22, 23, and 24 with respect to Jana Lee Haghighi ("JL Haghighi"), thus the correction will be:

        JL depo. 12:11-25 through 14:1-5 in lieu of

        JL Dec.  12:11-25 through 14:1-5

    B. The word deposition ("depo") was intended to be used rather than the word declaration ("Dec.") in SGI Nos. 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, and 24 with respect to Mehdi Haghighi ("M. Haghighi"). In addition, the number 1 was inadvertently deleted from M. Haghighi page number 14, so that the M. Haghighi pages being referenced were 13:1-25 through 14:1-4, instead of 13:1-25 through 4:1-4, thus the correction will be:

        M. Haghighi depo 13:1-25 through 14:1-4; and 28:1-21 in lieu of

        M. Haghighi Dec. 13:1-25 through  4:1-4; and 28:1-21

    C. The word deposition ("depo") was intended to be used rather than the word declaration ("Dec.") in SGI No. 25 and 26 thus the correction will be:

        M. Haghighi depo 18:1-16 in lieu of

        M. Haghighi Dec.  18:1-16

2. In Doc. 153, on page 2, lines 21 - 22, the July 23, 2014 letter is Exhibit G in the Dennis Palmieri declaration.

3. In Doc. 153, on page 3, line 4, the July 28, 2014 letter is Exhibit H in the Dennis Palmieri declaration, and the word adopted means effective beginning on page 21, ¶40, line 13, and all use of the word adopted in the remainder of Doc 153 as noted on page one in the July 28, 2014 letter.

Dated: August 21, 2014                      Respectfully submitted

                                                    /s/ Dennis Palmieri

                                                    DENNIS PALMIERI
                                                    Counselor and Attorney
                                                    Attorney for Plaintiffs