UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 12-8967 DSF (AJWx) | Date | 11/14/14 |
| Title | Medhi Haghighi, et al. v. JPMorgan Chase Bank, N.A., et al. | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order re Proposed Jury Instructions and Exhibits

During the parties' October 20, 2014 pretrial conference, the Court ordered the parties to resubmit proposed jury instructions.  The Court specified that the proposed instructions should only relate to the claim that Plaintiffs are permitted to pursue in line with the Court's prior orders.  A review of the docket suggests that the parties filed a set of proposed instructions on October 27, 2014.  (Dkt. No. 176.)  However, none of the included instructions relate to Plaintiffs sole remaining claim under California Civil Code § 1785.25(a).  The parties are instructed to submit a complete set of proposed jury instructions in accordance with the Court's prior orders no later than Saturday, November 15, 2014 at noon.

It appears that the parties have agreed on exhibits and there are no objections.  If that is not the case, the parties are to comply with this Court's orders concerning exhibits stated at the pretrial conference no later than November 15, 2014 at noon.

The Court is considering sanctions against both sides for failure to comply with this Court's orders.  The parties are ordered to appear on Monday, November 17, 2014 at 2 p.m.

IT IS SO ORDERED.