THEODORE E. BACON (CA Bar No. 115395)
tbacon@alvaradosmith.com
MIKEL A. GLAVINOVICH (CA Bar No. 186590)
mglavinovich@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel:  (213) 229-2400  /  Fax:  (213) 229-2499

Attorneys for Defendant
JPMorgan Chase Bank, N.A.
erroneously sued as JPMorgan Chase
Bank, a Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDHI HAGHIGHI, an Individual, JANA LEE HAGHIGHI, an Individual,<br><br>          Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, a Corporation; and DOES 1 through 50, inclusive,<br><br>          Defendants. | **CASE NO.:**  CV12-08967-DSF-AJW<br><br>**DEFENDANT'S OBJECTIONS TO EXHIBITS CONTAINED ON FINAL JOINT EXHIBIT LIST**<br><br>**Trial Date:**<br>**DATE:**      November 18, 2014<br>**TIME:**      8:30 a.m.<br>**CTRM:**      840<br><br>Action Filed:        August 10, 2010<br><br>Action Removed:  October 17, 2012 |

| Ex. No | Description | Objection |
|---|---|---|
| 8 | Exhibit 5 from Eleanor Mendoza Deposition:  Document titled "MDA-113 Transaction Codes" | FRE 401<br>Relevance |

1

4093698.1 -- AL109.W1566

| Ex. No | Description | Objection |
|--------|-------------|-----------|
| 42 | CBRE Initial Property Search November 2011 | FRE 401 Relevance and FRE 901 Authenticity (except as to admitted exhibits) |

DATED: November 14, 2014          AʟᴠᴀʀᴀᴅᴏSᴍɪᴛʜ, A Professional Corporation

By:   /s/ Mikel  A. Glavinovich
THEODORE E. BACON
MIKEL A. GLAVINOVICH
Attorneys for  Defendant
JPMorgan Chase Bank, N.A. erroneously
sued as JPMorgan Chase Bank, a
Corporation

DEFENDANT'S OBJECTION TO EXHIBITS LISTED ON JOINT EXHIBIT LIST
4093698.1 -- AL109.W1566

EX. NO. 8

WaMu Mortgage Customer Care Manual

# MDA-113 Transaction Codes

Disbursement Codes

Non-Cash Codes

Payment and Deposit Codes

## Disbursement Codes

| Code | Description |
|------|-------------|
| 301 | Miscellaneous escrow disbursement |
| 302 | Refund of HUD subsidy money to Department of Housing and Urban Development (HUD) |
| 303 | Disbursement of replacement reserve money |
| 304 | Disbursement of restricted escrow money |
| 305 | Disbursement of escrow money to investor |
| 306 | Escrow surplus refunded to borrower |
| 307 | Escrow money disbursed to borrower |
| 310 | Disbursement of PMI, MIP, or RBP money |
| 311 | Disbursement of consolidated property tax |
| 312 | Disbursement of county property tax |
| 313 | Disbursement of city property tax |
| 314 | Disbursement of lien money (special assessment) |
| 315 | Disbursement of miscellaneous tax |
| 316 | Disbursement of school tax |



Exhibit __5__
Date: S-26-11
Witness:
MENDOZA
Debra V. Helgeson
CSR No. 3189



| 317 | Disbursement of California supplemental tax |
| 318 | Disbursement of fire district tax |
| 319 | Disbursement of drainage assessment |
| 320 | Disbursement of nuisance abatement assessment |
| 321 | Disbursement of hospital tax |
| 322 | Disbursement of ground rent |
| 323 | Disbursement of village tax |
| 324 | Disbursement of front foot assessment (Maryland only) |
| 325 | Disbursement of school or special assessment tax |
| 327 | Disbursement of Texas condo fee |
| 329 | Disbursement of miscellaneous tax |
| 330 | Disbursement of attorney advance |
| 331 | Disbursement of property preservation expense |
| 332 | Disbursement of statutory expense |
| 333 | Disbursement of miscellaneous expense |
| 351 | Disbursement of primary hazard insurance |
| 352 | Disbursement of flood insurance |
| 353 | Disbursement of other hazard insurance |
| 354 | Disbursement of earthquake insurance |
| 601 | Disbursement of miscellaneous corporate advances |
| 630 | Disbursement of attorney corporate advance |
| 631 | Disbursement of property preservation corporate advance |
| 632 | Disbursement of statutory expense corporate advance |

| | |
|---|---|
| 633 | Disbursement of miscellaneous foreclosure, bankruptcy, and REO corporate advance |

## Non-Cash Codes

| Code | Description |
|---|---|
| 121 | Add HUD (235) subsystem history file |
| 132 | Late charge adjustment |
| 142 | Loan principal balance setup |
| 143 | Balance field adjustment |
| 144 | Redistribution of principal and interest |
| 145 | Restricted monetary adjustments |
| 152 | Late charge assessment |
| 153 | Interest rate change on non-ARM loan |
| 156 | Loan removed due to release of servicing (transaction 058) |
| 182 | Loan removed due to foreclosure |
| 493 | Interest rate change on ARM loan |
| 528 | New tax record |

## Payment and Deposit Codes

| Code | Description |
|---|---|
| 110 | Attorney advance payment |
| 111 | Property preservation payment |
| 112 | Statutory expense repayment |
| 113 | Miscellaneous repayment |
| 114 | Investor deposit |

| 147 | Misapplication reversal |
| 148 | Reversal for returned check |
| 160 | Interest on escrow deposit |
| 161 | Escrow advance refund deposit |
| 162 | Refund of PMI, MIP, and RBP money |
| 163 | Refund of hazard insurance money |
| 164 | Refund of property tax money (transaction 311, 312, and 313) |
| 165 | Refund of lien (special assessment) money (transaction 314-329) |
| 166 | Special deposit to escrow account |
| 167 | Deposit of HUD subsidy escrow |
| 168 | Special reimbursement (refund) of escrow advance funds |
| 169 | Deposit of restricted escrow money |
| 170 | Pre-distributed payment (usually money from loan closing) |
| 171 | Payment from lock box bank or cashiering workstation |
| 172 | Payment made when using modified payment logic |
| 173 | Irregular payment through the cashiering workstation |
| 174 | Payment made by shorting escrow |
| 175 | Principal curtailment (system generated from transaction 073) |
| 179 | Special optional insurance payment of reversal |
| 181 | Loan paid in full |
| 183 | Partial settlement of foreclosed loans (back office process) |
| 185 | Payment in full with delinquent payments (cash payoff) |
| 186 | Investor on the loan is changed to a new investor (back office process, |

| *186* *emt.* | does not affect the customer or the loan, principal balance and escrow balance do not change) |
|---|---|
| 710 | Repayment of attorney corporate advance |
| 711 | Repayment of property preservation corporate advance |
| 712 | Repayment of statutory expense corporate advance |
| 713 | Repayment of miscellaneous expense corporate advance |
| 714 | Repayment of foreclosure investor |
| 745 | Restricted corporate advance adjustments (plus or minus) |
| 766 | Repayment of miscellaneous corporate advance |

EX. NO.  42



## Table of Contents

Aerial Map ................................................................ 1

Survey ..................................................................... 2

**CBRE**



# INITIAL PROPERTY SEARCH

November 2011

Prepared for:

MONTAGE

Prepared by:

Jonathan Lantieri
Associate
Broker Lic. 00409987/1904837
(310) 516-2344

Bret Quinlan
Senior Vice President
Broker Lic. 00409987/1144338
(310) 516-2385

## CBRE



## SECTION ONE

Aerial Map

**CBRE**

# Aerial Map of Available Properties



☆ Montage Current Location
● 200 W. 138th St.
● 12833-12905 S. Main St.
● 14115-14137 Chadron Ave.
● 2925-2935 Columbia St.
● 717 E. Artesia Bl.
● 623 E. Artesia Bl.
● 1901 W. El Segundo Bl.
● 3131 E. Maria St.
● 17908 S. Figueroa St.
● 19516 S. Susana Rd.
● 1935 Via Arado
● 4240 W. 190th St.

Prepared by Jonathan Lanben & Bret Quinlan
Prepared for Montage





**SECTION TWO**

Survey

**CBRE**

# CBRE

Prepared For:         Montage

Presented By:     Jonathan Lantieri & Bret Quinlan

| | Address | Avail SF<br>Min SF<br>Office SF | Lease $/SF<br>Sale $/SF<br>Sprinklers | TH<br>GL<br>Yard | Const Status<br>Listing Status<br>Possession | Min Ht<br>Amps<br>Prk | Highlights |
|---|---|---|---|---|---|---|---|
| 1 | 200 W 138TH ST<br>LOS ANGELES | 52,250<br>52,250<br>2,120 | $0 490 G<br>NFS<br>Y | 2<br>5<br>Yes | Existing<br>AVL<br>NOW | 17<br>1200A<br>2 1 | Low L.A. County Tax Area, Large Yard Area - Excess Parking, 2 Dock Hi and 5 Ground Level Doors, Close To Major Freeways<br><br>Call Broker - FOR APPOINTMENT<br>Listing #: 1250183 |
| | Notes: Sprinkler OrdHaz Truckwell Please verify all information Special Features: Free Standing Building | | | | | | |
| 2 | 12833-12905 S MAIN ST<br>LOS ANGELES | 53,500<br>53,500<br>3,000 | $0 360 G<br>NFS<br>Y | 5<br>2<br>Yes | Existing<br>AVL<br>8/1/2011 | 18<br>600A<br>1 3 1 | Central Location Adjacent 110 Fwy & 105 Fwy, 36 Gross, Good Functioning Building, Fenced Yards Front & Rear Storage or Parking, 5 Dock High Positions, 2 Ground Level Doors, Previous Tenant 20th Century Fox<br>Call Broker - FOR APPOINTMENT<br>Listing #: 1244063 |
| | Notes: Tenant to verify all information contained herein | | | | | | |
| 3 | 14115-14137 CHADRON AV<br>HAWTHORNE | 54,910<br>54,910<br>14,950 | $0 420 G<br>NFS<br>Y | 0<br>9<br>Yes | Existing<br>AVL<br>NOW | 19<br>800A<br>3 6 1 | Possible Trade School, Excellent Short Term Opportunity, Two Story Office, Extra Parking<br><br>Call Broker - FOR APPOINTMENT<br>Listing #: 1245656 |
| | Notes: Vacant Special Features: Free Standing Building | | | | | | |
| 4 | 2925-2935 COLUMBIA ST<br>TORRANCE | 55,000<br>26,600<br>3,000 | $0 390 G<br>NFS<br>Y | 8<br>1<br>Yes | Existing<br>AVL<br>8/1/2011 | 22<br>600A<br>0 7 1 | Excellent Warehouse Distribution Facility, True Dock High Loading – 8 Spots, Central Torrance Location, Divisible to 26,600 SF<br><br>Call Broker - FOR APPOINTMENT<br>Listing #: 1246786 |
| | Notes: The lease shall be for a rental of $0 30/sf/Gross (for the first six months only) and $0 59/SF/Gross thereafter Sp Feat: Free Standing Building | | | | | | |
| 5 | 717 E ARTESIA BL<br>CARSON | 57,855<br>20,000<br>13,148 | $0 550 G<br>NFS<br>Y | 6<br>1<br>Yes | Existing<br>AVL<br>f60 | 22<br>800A<br>1 4 1 | Flexible Office Square Footage ~ 3,000 SF to 13,000 SF, 91 Freeway Frontage – Retail, Large Secure Fenced Yard / 2 Street Access<br><br>Call Broker - FOR APPOINTMENT<br>Listing #: 1241288 |
| | Notes: Tenant to verify all info. Taxes on total building. Possession for 32,094 SF is currently 8-11-11 We are in discussion with tenant regarding possible early possession for new tenant Sp Feat: Retail Potential | | | | | | |
| 6 | 623 E ARTESIA BL<br>CARSON | 65,723<br>65,723<br>6,100 | $0 457 G<br>NFS<br>f | 6<br>1<br>Yes | Existing<br>AVL<br>I30 | 22<br>600A<br>1 4 1 | Image Building on the Artesia Freeway, 6 Dock High Loading Positions / 1 Grade Level, Sprinklered Warehouse w / 22' Min Clear Height in Warehouse, 93 Automobile Parking Spaces/ 6,615 SF of Offices, Short Term Lease Considered / Low Expenses - Low<br>Call Broker - FOR APPOINTMENT<br>Listing #: 1248000 |
| | Notes: Occupied Sp Feat: Free Standing Bldg & Fwy Frontage CAM is an additional approx. $0 045/sf/mo Angle docks for max loading Sublessee to independently verify all info contained in this brochure Call broker regarding rental rate for longer term | | | | | | |
| 7 | 1901 W EL SEGUNDO BL<br>COMPTON | 66,000<br>7,000<br>2,000 | $0 200 G<br>NFS<br>Y | 2<br>9<br>Yes | Existing<br>AVL<br>12/1/2010 | 16<br>3000A<br>1 1 1 | Well Maintained Manufacturing/Warehouse, Inexpensive Clean Space, 3000 Amps Heavy Power – Skylights, 9 Ground Level + 2 Dock High Loading Doors, 70 Car Parking, Located Just East Of Central Avenue<br>Call Broker - FOR APPOINTMENT<br>Listing #: 1238029 |
| | Notes: Clear height varies from 16'-22'. Verify power. Minimum sq. ft. Call broker $0 20 psf for first 6 months  then $0 40 psf | | | | | | |
| 8 | 3131 E MARIA ST<br>RANCHO DOMINGUEZ | 66,075<br>66,075<br>6,742 | $0 450 G<br>NFS<br>Y | 12<br>1<br>Yes | Existing<br>AVL<br>NOW | 21<br>600A<br>1 1 1 | 12 Dock-High Loading Positions, High Clearance (up to 23') Distribution Warehouse, Unincorporated Los Angeles County Location, Close to Artesia (91) & Long Beach (710) Freeways<br><br>Call Broker - FOR APPOINTMENT<br>Listing #: 1248594 |
| | Notes: Occupied Call broker to show Lessee to verify power Building to be fully refurbished Sp Feat: Free Standing Building Paved Yard | | | | | | |

THIS IS A LISTING OF THE "MULTIPLE" AND IS SUBJECT TO ALL ITS APPLICABLE RULES AND REGULATIONS

This information has been furnished from sources which we deem reliable  but for which we assume no liability. This information contained herein is given in confidence  with the understanding that all negotiations pertaining to this property be handled through the submitting office  All measurements are approximate<br>© American Industrial Real Estate Association

# CBRE

Prepared For:        Montage

Presented By:    Jonathan Lantieri & Bret Quinlan

| | Address | Avail SF<br>Min SF<br>Office SF | Lease $/SF<br>Sale $/SF<br>Sprinklers | TH<br>GL<br>Yard | Const Status<br>Listing Status<br>Possession | Min Ht<br>Amps<br>Prk | Highlights |
|---|---|---|---|---|---|---|---|
| 9 | 17908 S FIGUEROA ST<br>CARSON | 67,334<br>67,334<br>4,289 | $0.430 G<br>NFS<br>Y | 4<br>3<br>Yes | Existing<br>AVL<br>NOW | 20<br>4000A<br>1 1 | Excellent Manufacturing / Distribution Building, Heavy Power – 4,000 Amps, Complete Refurbishment in Progress, Additional Dock High Loading Possible, Waste Water Discharge Units Available<br><br>Call Broker - FOR APPOINTMENT<br>**Listing #: 1249263** |
| |  | | | | | | |
| | Notes Sp Feat  Free Standing Building, Paved Yard & Part of Industrial Park  Extensive power distribution throughout building | | | | | | |
| 10 | 18516 S SUSANA RD<br>RANCHO DOMINGUEZ | 69,367<br>69,367<br>5,875 | $0.350 N<br>$88.00<br>Y | 8<br>2<br>Yes | Existing<br>AVL<br>NOW | 20<br>1600A<br>1 7 1 | All Deals Will Be Considered!!!, Completely Refurbished, 710 Freeway Visibility – 400K CPD / Signage, Dock High Loading On 3 Sides, Outstanding Warehouse / Manufacturing Facility, Low Net To Gross Charges!!<br>Call Broker - FOR APPOINTMENT<br>**Listing #: 1232130** |
| | | | | | | | Notes  $0 35 Net for 18 Months   Min clear height 20'6" to 23   Fully fenced & paved yard  Tenant to verify all info prior to lease execution  $0 13 PSF estimated expenses  Office SF incl  warehouse offices   Parking is est  400,000 cars per day |
| 11 | 1935 VIA ARADO<br>RANCHO DOMINGUEZ | 70,017<br>40,000<br>3,311 | $0.400 G<br>NFS<br>Y | 8<br>1<br>No | Existing<br>AVL<br>NOW | 23<br>2000A<br>1 1 1 | Manufacturing/Distribution Facility, Excellent 23-26' Warehouse Clearance, 2,000 Amp Power Service, High Tech Camera Security System, Wireless Internet Throughout, 40,000-70,017 SF Available For Lease<br>Call Broker - FOR APPOINTMENT<br>**Listing #: 1237142** |
| | | | | | | | Notes  Call Broker-Occupied  The majority of the warehouse ceiling clearance is 24'  Clear Height 23-26 |
| 12 | 4240 W 190TH ST<br>TORRANCE | 75,000<br>50,000<br>2,180 | $0.350 G<br>NFS<br>Y | 8<br>0<br>Yes | Existing<br>AVL<br>I30 | 14<br>800A<br>0 5 1 | West Torrance Distribution Space, Low Rent $ 35 Per Square Foot Gross<br><br><br>Call Broker - FOR APPOINTMENT<br>**Listing #: 1211821** |
| | | | | | | | Notes  Occupied  The info has not been verified and shall not be relied on, tenants responsibility to verify  Broker makes no representations or warranty either expressed or implied  4/30/13-sublease date ends  Verify power office area has A/C & heat |

THIS IS A LISTING OF THE "MULTIPLE" AND IS SUBJECT TO ALL ITS APPLICABLE RULES AND REGULATIONS
This information has been furnished from sources which we deem reliable  but for which we assume no liability   The information contained herein is given in confidence  with the understanding that all negotiations pertaining to this property be handled through the submitting office   All measurements are approximate
© American Industrial Real Estate Association

# 19808 Normandie Ave.
# Torrance, CA 90502



Located at the epicenter of the largest industrial warehouse-manufacturing and commercial area in the western United States, nearly equidistant between Los Angeles International Airport (LAX), Downtown Los Angeles, and the mega ports of Los Angeles and Long Beach harbors, the 57,620 SF commercial building at 19808 S. Normandie Ave., Torrance, CA represents the absolute best value in Los Angeles South Bay real estate.

Near all support services Office Depot, WalMart Center, and numerous restaurants, when it comes to location this building has it all. The building was refurbished in 2006 and is ready either as a factory (800 AMPS of power) with dock high loading or a wholesale to public type showroom or a distribution facility. Call for a tour today!

For more information, please contact:

**Jerry Evans**
License ID# 00843431
310.768.8800 ext. 225
jevans@lee-associates.com

**Bret Osterberg**
License ID# 01364530
310.768.8800 ext. 215
bosterberg@lee-associates.com

# INDUSTRIAL  FOR LEASE

AVAIL SF: 51,000
TOTAL BLDG SF: 51,000



ADDRESS          2420 S EASTERN AV, COMMERCE CA          ZIP   90040

## Fourteen (14) Dock High Truck Spots
## Immediate Freeway Access (710 & 5)
## 30 Cents

LEASE RENTAL $ 15,300          /mo  Gross 0.300   Net          Term  ACCEPTABLE TO OWNER
SALE PRICE $ NFS          Price/SF $          Possession Immediate   Tax $ 22,785.00   Yr   2011-2012
Avail SF 51,000          Power   A   200          V   240-240   Ø   3   W   4
Min. SF 30,000          Heat   NONE   Cooling   NONE   PWR Notes VERIFY
Land SF 78,000          Truck Hi Pos 14          Dim
Const   CTU   Roof          STB          Grd Lev Drs 0          Dim
Roll   PSBL   Unfin Ofc Mezz SF 0          Incl in Avail SF   N          Restrooms:   4
Sprinklered   YES   Min Clear Height   18   OFFICE DATA   Office SF   4,260          #   8
Pkg 40   Yard  Yes-Fncd/Pvd   Yr Blt   1949R52   A/C   Y   Heat   Y   Fin Ofc Mezz SF   0          Incl in Avail SF   N
Thomas Bk Pg# 675-G3   Zone   M2   To Show  Call Broker - FOR APPOINTMENT   Sp. Feat. FREE, YARD
AGENT   Michael J Mitchell (323)838-3188          Region   C          Listing # 1248600
          FIRM CBRE          09/02/11
FTCF  CB250N125S000/AOAA   Notes  Sp. Feat: Free Standing Building & Paved Yard. CAM $0.04 psf. Vacant. Sprinkler:
Ordinary hazard.

THIS IS A LISTING OF THE "MULTIPLE" AND IS SUBJECT TO ALL ITS APPLICABLE RULES AND REGULATIONS
This information has been furnished from sources which we deem reliable, but for which we assume no liability  The information contained herein is given in
confidence, with the understanding that all negotiations pertaining to this property be handled through the submitting office  All measurements are approximate
© American Industrial Real Estate Association





THE HEGER
COMPANY

*Commercial & Industrial Real Estate Since 1957*

March 30, 2010

Mr. Mehdi Haghighi
Montage
431 W. Compton Blvd
Gardena, CA 90248

**RE:    1st Quarter 2010 Edition of The Heger Report**

Dear Mehdi:

As a valued client, it is my pleasure to provide you with the 1st Quarter 2010 edition of The Heger Report.

Regardless of the economy or the real estate markets cyclical nature, I remain steadfast in my commitment to providing highly effective solutions to clients like yourself.

In this particular issue of our newsletter, we continue our report on important industry trends, taking a closer look at the impact of Commercial Mortgage Foreclosures in our marketplace along with solar energy and its various benefits.  Closer to home, we recap recent Company events, our available properties and finally, the business to business segment proudly featuring the AMB Property Corporation.

Our entire brokerage division, property management team and support staff is dedicated to working hand-in-hand with our clients and colleagues to share information, tools and the valuable resources necessary to excel in today's market.

We look forward to being of service to you in the coming year.

Sincerely,

*Thomas A. Holland*

Thomas A. Holland
EVP/Principal
CCIM, SIOR, CPM
Lic. # 01186709

TAH:ea

Enclosure

# INDUSTRIAL  FOR LEASE

| AVAIL SF: | 51,000 |
|---|---|
| TOTAL BLDG SF: | 51,000 |



| ADDRESS | 2420 S EASTERN AV, COMMERCE CA | ZIP | 90040 |
|---|---|---|---|

### Fourteen (14) Dock High Truck Spots
### Immediate Freeway Access (710 & 5)
### 30 Cents

| LEASE RENTAL $ 15,300 | /mo Gross 0.300 Net | Term ACCEPTABLE TO OWNER |
|---|---|---|

| SALE PRICE $ NFS | Price/SF $ | Possession Immediate | Tax $ 22,785.00 | Yr 2011-2012 |
|---|---|---|---|---|

| Avail SF 51,000 | Power | A | 200 | V | 240-240 | Ø | 3 | W | 4 |
|---|---|---|---|---|---|---|---|---|---|
| Min. SF 30,000 | Heat | NONE | | Cooling | NONE | PWR Notes VERIFY | | | |
| Land SF 78,000 | Truck Hi Pos | 14 | | Dim | | | | | |
| Const CTU Roof | STB | | Grd Lev Drs 0 | | Dim | | | | |
| Rail PSBL | Unfin Ofc Mezz SF 0 | | | Incl in Avail SF N | | Restrooms: | 4 | | |
| Sprinklered YES | Min Clear Height 18 | OFFICE DATA | Office SF 4,200 | | | # | 8 | | |
| Pkg 40 Yard Yes-Fncd/Pvd | Yr Blt 1949R52 | A/C Y | Heat Y | Fin Ofc Mezz SF 0 | | Incl in Avail SF N | | | |
| Thomas Bk Pg# 675-G3 Zone M2 | To Show Call Broker - FOR APPOINTMENT | | Sp. Feat. FREE,YARD | | | | | | |
| AGENT Michael J Mitchell (323)838-3188 | | | Region C | | Listing # 1248600 | | | | |
| | | | FIRM CBRE | | 09/02/11 | | | | |

| FTCF CB250N125S000/AOAA | Notes Sp. Feat: Free Standing Building & Paved Yard. CAM $0.04 psf. Vacant. Sprinkler: Ordinary hazard. |
|---|---|

THIS IS A LISTING OF THE "MULTIPLE" AND IS SUBJECT TO ALL ITS APPLICABLE RULES AND REGULATIONS
This information has been furnished from sources which we deem reliable, but for which we assume no liability  The information contained herein is given in confidence, with the understanding that all negotiations pertaining to this property be handled through the submitting office.  All measurements are approximate
© American Industrial Real Estate Association



## Industrial For Lease


### Lee & Associates

**Available SF: 40,488**

**Total Building SF: 40,488**



**Address:** 2009 E 223rd St, Carson, CA 90810

**Cross Streets:** E 223rd St/Wilmington Ave

**San Diego (405) Freeway Frontage**
**Billboard Signage Available**
**193' Yard**
**Includes One Acre Of Extra Land**

| | | |
|---|---|---|
| **Lease Rate/SF:** $.70 | **Lease Rate/Mo:** $28,342 | **Taxes:** $23,483, 2010 |
| **Lease Type:** Gross | **Terms:** Acceptable to Owner | **Possession** Now |
| **Available SF:** 40,488 | **Roof Type:** | **Minimum SF:** 40,488 |
| **Const Status/Yr Blt:** Existing/1963 | **Construction Type:** Tilt-up | **Parking:** Ratio: 2.5:1 / Spaces: 100 |
| **Region:** LA South | **Specific Use:** Light Industrial | **Thomas Guide:** 764-H7 |
| **Zoning:** MHCA | **Lot Size:** 124,800 SF / 2.87 AC | **APN #:** 7315-040-004 |
| **Ground Level Drs:** 1 / 14x18 | **Dock High:** 1 / 9x9 | **Office SF / #:** 8,400 / 12 |
| **Sprinklered:** Yes | **Yard:** Yes - Fenced/Paved | **Office Air:** Yes  **Office Heat:** Yes |
| **Finished Ofc Mezz:** No | **Unfinished Mezz:** No | **Clear Height:** 15 |
| **Include In Avail:** No | **Include In Avail:** No | **A:** 400  **V:** 120-240  **Ø:** 1  **W:** |
| **Rail Service:** No | **Heat/Cool:** Heating Ventilation AC | **Restrooms:** |

**Property/Listing/Ste #:** 692124/287381/1038348    **Listing Date:** 10/14/2010

Notes: Vacant One acre of fully fenced and paved land is included Special Features Free Standing Building Paved Yard- Excess of Parking

This information has been obtained from sources believed reliable. While we do not doubt its accuracy we have not verified it and make no guarantee warranty representation about it. It is your responsibility to independently confirm its accuracy



Address 500 N Garey St
Los Angeles, CA 90012

Get Google Maps on your phone
Text the word "GMAPS" to 466453

Ana Fwy

101

El Monte Busway

101

Santa Ana Fwy

101

(A)

Map data ©2011 Google

©2011 Google

## Spaces for Lease

**Prepared For:**
Brad Giles - (310) 686-0726
Montage Management
9/22/2011


COLDWELL BANKER COMMERCIAL

### Industrial For Lease   #1



PREMIER TORRANCE LOCATION
Suitable for Whse, Distr., Mfg, Assembly
Major Street Frontage on 190th St, DH Loading, GL Psbl
Large Fenced Yard ±30,000 SF
Close to Fwy, Retail, Housing, Restaurants & More
Can Be Combined w/ Adj 19,620 SF for Total 58,867 SF

| | | | | | |
|---|---|---|---|---|---|
| **4306 W 190Th** | Avl SF: | 39,247 | Rate/SF: | $0.30NNN | Lot Size: | | Yard: | Fncd/Pvd |
| Torrance, CA 90504 | Min SF: | 39,247 | Rate/Mo: | $11,774 | Roof: | | Sprinkler: | Yes |
| 190th St/Hawthorne Blvd | Ofc SF/#: | 3,219 / 10 | Sublease: | No | Min Clr: | 17 | Ofc Air/Ht: | Yes / Yes |
| LA South | DH/Dim: | 8 | Price/SF: | | Parking: | 65 / 1.7:1 | Ht/Cool: | None |
| TG: 763-D3 | GL/Dim: | 0 | Price: | | Amps: | 400 | Rail Svc: | No |
| APN: 7352-001-035 / Zoning: TOM2 | Bldg SF: | 108,202 | Poss.: | 60 Days | Volts: | 277-480 | Prop ID: | 709031 |
| Specific Use: Light Industrial | Fin Mez: | 0 Not Incl | Terms: 3-5 Years | | Ø: 3   W: 4 | | Listing ID: | 293781 |
| Construction: EXIST / CTU | Unfn Mez: | 0 Not Incl | | | Yr Built: | R04 | Suite ID: | 1057286 |

Notes: Special Features: Part of Industrial Park, Paved Yard. Subject to Cancellation of Existing Lease. $0.29 PSF for 6 mo. $0.62 PSF thereafter. Interior truck wells can secure 40' containers and load up to 53' containers.TR

### Industrial For Sublease   #2



Warehouse/ Storage Space
Freeway Frontage with Sign Exposure
Excellent Large Fenced Truck Court
8 Dock High Positions – 24' Clear
Extra 1 Acre Yard/ Parking Possible

| | | | | | |
|---|---|---|---|---|---|
| **921 W Artesia Blvd** | Avl SF: | 44,640 | Rate/SF: | $0.48Gross | Lot Size: | | Yard: | Fncd/Pvd |
| Compton, CA 90220 | Min SF: | 44,640 | Rate/Mo: | $21,427 | Roof: | Lam Glu WB | Sprinkler: | Yes |
| W Artesia Blvd/S Wilmington Ave | Ofc SF/#: | 2,400 / 1 | Sublease: | Yes - 10/31/14 | Min Clr: | 24 | Ofc Air/Ht: | TBD / TBD |
| LA South | DH/Dim: | 8 | Price/SF: | | Parking: | 15 / 0.3:1 | Ht/Cool: | None |
| TG: 734-H7 | GL/Dim: | 1 / Verify | Price: | | Amps: | TBD | Rail Svc: | No |
| APN: 7319-029-057 / Zoning: MH | Bldg SF: | 142,000 | Poss.: | Now | Volts: | TBD | Prop ID: | 712628 |
| Specific Use: Bulk Warehouse | Fin Mez: | 0 Not Incl | Terms: Sublease thru | | Ø: TBD   W: 4 | | Listing ID: | 587686 |
| Construction: EXIST / CTU | Unfn Mez: | 0 Not Incl | 10/31/2014 | | Yr Built: | 1970 | Suite ID: | 1151392 |

Notes: Vacant. Call broker for appt. Ground level access is shared. Up to 3,500 SF of additional offices and additional parking can be made available. Subtenant to verify all bldg specifications. Terms shown are for entire bldg. Sp. Feat: Paved Yard.

### Industrial For Lease   #3



Excellent Warehouse Distribution Facility
True Dock High Loading – 8 Spots
Central Torrance Location
Divisible to 26,600 SF

| | | | | | |
|---|---|---|---|---|---|
| **2926-2935 Columbia St** | Avl SF: | 55,000 | Rate/SF: | $0.39Gross | Lot Size: | | Yard: | Fncd/Pvd |
| Torrance, CA 90503 | Min SF: | 26,600 | Rate/Mo: | $21,450 | Roof: | Lam Glu WB | Sprinkler: | Yes |
| Maple Avenue/Columbia Street | Ofc SF/#: | 3,000 / 3 | Sublease: | No | Min Clr: | 22 | Ofc Air/Ht: | Yes / Yes |
| LA South | DH/Dim: | 8 | Price/SF: | | Parking: | 38 / 0.7:1 | Ht/Cool: | |
| TG: 763-E4 | GL/Dim: | 1 / 10x20 | Price: | | Amps: | 600 | Rail Svc: | Yes |
| APN: 7352-009-033 / Zoning: M2 | Bldg SF: | 55,000 | Poss.: | 08/01/11 | Volts: | 277/480 | Prop ID: | 717435 |
| Specific Use: WHSE Distribution | Fin Mez: | 0 Not Incl | Terms: Acceptable to Owner | | Ø: 3   W: 4 | | Listing ID: | 575296 |
| Construction: EXIST / CTU | Unfn Mez: | 0 Not Incl | | | Yr Built: | 1969 | Suite ID: | 1131969 |

Notes: The lease shall be for a rental of $0.39/sf/Gross (for the first six ninths only) and $0.59/SF/Gross thereafter  Sp. Feat: Free Standing Building.

This information has been obtained from sources believed reliable  While we do not doubt its accuracy, we have not verified it and make no guarantee, warranty or representation about it  It is your responsibility to independently confirm its accuracy

AIR

# Spaces for Lease

**Prepared For:**
Brad Giles - (310) 686-0728
Montage Management
9/22/2011


**COLDWELL BANKER COMMERCIAL**

## Industrial For Lease                                                        # 4

Well Maintained Manufacturing/Warehouse
Inexpensive Clean Space
3000 Amps Heavy Power – Skylights
9 Ground Level + 2 Dock High Loading Doors
70 Car Parking
Located Just East Of Central Avenue



| | | | | |
|---|---|---|---|---|
| **1901 W El Segundo Blvd** | Avl SF: | 68,000 | Rate/SF: | $0.20Gross | Lot Size: | 3.0 AC | Yard: | Fncd/Pvd |

**1901 W El Segundo Blvd**
**Compton, CA 90222**

Central Ave/El Segundo Blvd
LA South
TG: 735-B4
APN: 8147-008-023 / Zoning: COML
Specific Use: Light Industrial
Construction: EXIST / BLK

| | |
|---|---|
| Avl SF: | 68,000 |
| Min SF: | 7,000 |
| Ofc SF/#: | 2,000 / 5 |
| DH/Dim: | 2 |
| GL/Dim: | 9 / 16X16 |
| Bldg SF: | 73,000 |
| Fin Mez: | 1,000 Incl |
| Unfn Mez: | 0 Not Incl |

| | |
|---|---|
| Rate/SF: | $0.20Gross |
| Rate/Mo: | $13,200 |
| Sublease: | No |
| Price/SF: | |
| Price: | |
| Poss.: | 12/01/10 |
| Terms: | Submit |

| | |
|---|---|
| Lot Size: | 3.0 AC |
| Roof: | |
| Min Clr: | 16 |
| Parking: | 70 |
| Amps: | 3,000 |
| Volts: | 480 |
| Yr Built: | 1954 |

| | |
|---|---|
| Yard: | Fncd/Pvd |
| Sprinkler: | Yes |
| Ofc Air/Ht: | Yes / Yes |
| Ht/Cool: | None |
| Rail Svc: | No |
| Prop ID: | 1188201 |
| Listing ID: | 291887 |
| Suite ID: | 1051372 |

Notes: Clear height varies from 16'-22'. Verify power. Minimum sq. ft.: Call broker  $0.20 psf for first 6 months, then $0.40 psf

## Industrial For Lease & Sale                                                # 5

Enterprise Zone Benefits
Major Street Frontage/Retail Potential
2,000 Amps/New T5 Lighting
Located Close to the 91, 105, & 710 Freeways
Paved & Fenced Yard
(2) Ton Overhead Crane - 50' x 300' Crane Way



**310 S Long Beach Blvd**
**Compton, CA 90221**

Compton Blvd/S Long Beach Blvd
LA South
TG: 735-B4
APN: 6183-027-001 / Zoning: CLSD
Specific Use: Heavy-Mfg
Construction: EXIST / CTU

| | |
|---|---|
| Avl SF: | 46,536 |
| Min SF: | 46,536 |
| Ofc SF/#: | 9,000 / TBD |
| DH/Dim: | 2 |
| GL/Dim: | 6 / 16x18 |
| Bldg SF: | 46,536 |
| Fin Mez: | 4,500 Incl |
| Unfn Mez: | 0 Not Incl |

| | |
|---|---|
| Rate/SF: | $0.28NNN |
| Rate/Mo: | $13,030 |
| Sublease: | No |
| Price/SF: | $75.21 |
| Price: | $3,500,000 |
| Poss.: | 06/01/11 |
| Terms: | 3-5 Years |

| | |
|---|---|
| Lot Size: | 2.1 AC |
| Roof: | |
| Min Clr: | 20 |
| Parking: | 75 / 1.6.1 |
| Amps: | 2,000 |
| Volts: | 277-480 |
| Ø: 3   W: 4 |
| Yr Built: | 1987 |

| | |
|---|---|
| Yard: | Fncd/Pvd |
| Sprinkler: | Yes |
| Ofc Air/Ht: | Yes / Yes |
| Ht/Cool: | None |
| Rail Svc: | No |
| Prop ID: | 717699 |
| Listing ID: | 296156 |
| Suite ID: | 1072250 |

Notes: 2,000A ptnl to Inc. to 4,000A. Alarm sys. w/ sec. cameras. 35K SF w/ spklr, 11K SF w/out. Air lines throughout, redevelopment area, Skylights throughout.
Lessee/Buyer to verify all info herein. Sp. Feat:Free Standing Building  Addtl APN:6183-002,018.

## Industrial For Lease                                                        # 6

Central Location Adjacent 110 Fwy & 105 Fwy
36 Gross, Good Functioning Building
Fenced Yards Front & Rear Storage or Parking
5 Dock High Positions, 2 Ground Level Doors
Previous Tenant 20th Century Fox



**12833-12905 S Main St**
**Los Angeles, CA 90061**

Main St/El Segundo
LA South
TG: 734-D1
APN: 6132-039-007 / Zoning: M1
Specific Use: Bulk Warehouse
Construction: EXIST / CTU

| | |
|---|---|
| Avl SF: | 53,500 |
| Min SF: | 53,500 |
| Ofc SF/#: | 3,000 / 6 |
| DH/Dim: | 5 |
| GL/Dim: | 2 / 12 x 14 |
| Bldg SF: | 53,500 |
| Fin Mez: | 0 Not Incl |
| Unfn Mez: | 0 Not Incl |

| | |
|---|---|
| Rate/SF: | $0.39Gross |
| Rate/Mo: | $19,260 |
| Sublease: | No |
| Price/SF: | |
| Price: | |
| Poss.: | 08/01/11 |
| Terms: | 3-5 Years |

| | |
|---|---|
| Lot Size: | 1.9 AC |
| Roof: | SB BT |
| Min Clr: | 18 |
| Parking: | 70 / 1.3:1 |
| Amps: | 600 |
| Volts: | 480 |
| Ø: 3   W: 4 |
| Yr Built: | 1962 |

| | |
|---|---|
| Yard: | Fenced |
| Sprinkler: | Yes |
| Ofc Air/Ht: | Yes / Yes |
| Ht/Cool: | None |
| Rail Svc: | No |
| Prop ID: | 689517 |
| Listing ID: | 559578 |
| Suite ID: | 1107467 |

Notes: Tenant to verify all information contained herein.

This information has been obtained from sources believed reliable. While we do not doubt its accuracy, we have not verified it
and make no guarantee, warranty or representation about it. It is your responsibility to independently confirm its accuracy

**AIR**

## Spaces for Lease

Prepared For:
Brad Giles - (310) 686-0728
Montage Management
9/22/2011



### Industrial For Lease #7



Outstanding Fabrication Building
Heavy Power/Airlines - Distributed throughout Shop Area
Fenced Yard/Ample Parking
Dock-high & Ground Level Loading
Close to Artesia (91) & Harbor (110) Freeways

**16540 S Main St**
**Carson, CA 90248**

Gardena Blvd/S Main St
LA South
TG: 734-C6
APN: 8126-010-022 / Zoning: CAML
Specific Use: WHSE Distribution
Construction: EXIST / CTU

| | | | | | | |
|---|---|---|---|---|---|---|
| Avl SF: | 36,678 | Rate/SF: | $0.45Gross | Lot Size: | 1.4 AC | Yard: Fenced |
| Min SF: | 36,678 | Rate/Mo: | $16,505 | Min Clr: | 18 | Sprinkler: Yes |
| Ofc SF/#: | 3,500 / 3 | Sublease: | No | Parking: | 60 / 1.6:1 | Ofc Air/Ht: Yes / Yes |
| DH/Dim: | 4 | Price/SF: | | Amps: | 1,000 | Ht/Cool: FA Units |
| GL/Dim: | 1 / 10x14 | Price: | | Volts: | 240 | Rail Svc: No |
| Bldg SF: | 36,678 | Poss.: | Now | Ø: 3 | W: 3 | Prop ID: 1198930 |
| Fin Mez: | 2,000 Incl | Terms: | 3-5 Years | Yr Built: | 1986 | Listing ID: 542646 |
| Unfn Mez: | 0 Not Incl | | | | | Suite ID: 1079326 |

Notes: Occupied – Call Broker to show. Lessee to verify power. Building to be fully refurbished

### Industrial For Lease #8



Manufacturing/Distribution Facility
Excellent 23-26' Warehouse Clearance
2,000 Amp Power Service
High Tech Camera Security System
Wireless Internet Throughout
40,000-70,017 SF Available For Lease

**1935 Via Arado**
**Rancho Dominguez, CA 90220**

Via Arado/S. Wilmington
LA South
TG: 764-H4
APN: 7318-011-082 / Zoning: M2
Specific Use: Light Industrial
Construction: EXIST / CTU

| | | | | | | |
|---|---|---|---|---|---|---|
| Avl SF | 70,017 | Rate/SF: | $0.40Gross | Lot Size: | 4.4 AC | Yard: No |
| Min SF | 40,000 | Rate/Mo | $28,007 | Roof: | Lam Glu WB | Sprinkler: Yes |
| Ofc SF/# | 3,311 / TBD | Sublease: | No | Min Clr | 23 | Ofc Air/Ht: Yes / Yes |
| DH/Dim: | 8 | Price/SF: | | Parking: | 80 / 1.3:1 | Ht/Cool: Ind A/C |
| GL/Dim: | 1 / Ramp | Price: | | Amps: | 2,000 | Rail Svc: No |
| Bldg SF | 115,000 | Poss. | Now | Volts: | 480-480 | Prop ID: 1116409 |
| Fin Mez: | 0 Not Incl | Terms: | Submit | Ø: 3 | W: 0 | Listing ID: 288025 |
| Unfn Mez: | 0 Not Incl | | | Yr Built: | 1973 | Suite ID: 1040334 |

Notes: Call Broker-Occupied. The majority of the warehouse ceiling clearance is 24'. Clear Height 23-26.

This information has been obtained from sources believed reliable.  While we do not doubt its accuracy, we have not verified it and make no guarantee, warranty or representation about it. It is your responsibility to independently confirm its accuracy



## Property Map



## Map Legend

1) 4306 W 190Th, Torrance, CA 90504
2) 921 W Artesia Blvd, Compton, CA 90220
3) 2925-2935 Columbia St, Torrance, CA 90503
4) 1901 W El Segundo Blvd, Compton, CA 90222
5) 310 S Long Beach Blvd, Compton, CA 90221
6) 12833-12905 S Main St, Los Angeles, CA 90061
7) 16540 S Main St, Carson, CA 90248
8) 1935 Via Arado, Rancho Dominguez, CA 90220



57,620 SF INDUSTRIAL BUILDING
FOR SALE

PURCHASE PRICE
$3,500,000 ($60.74 PSF)*

PRICE REDUCED!*

19808 Normandie Ave., Torrance, CA 90502

PROPERTY FEATURES:

❑ Rare Multi-Use Building
❑ Wholesale to Public Showroom
❑ Industrial Manufacturing and Warehouse
❑ Heavy Power - Dock High Loading

*Subject to Bank Approval

For more information, please contact:

**Jerry Evans**
License ID# 00843431
310.768.8800 ext. 225
jevans@lee-associates.com

**Bret Osterberg**
License ID# 01364530
310.768.8800 ext. 215
bosterberg@lee-associates.com

# INDUSTRIAL FOR LEASE

AVAIL SF: **66,000**
TOTAL BLDG SF: **73,000**



## Only $0.20 Per Sq.Ft. For First 6 Months!

ADDRESS **1901 W. EL SEGUNDO BLVD, COMPTON, CA**   ZIP **90222**

**Well Maintained Manufacturing/Warehouse
Inexpensive Clean Space
3000 Amps Heavy Power – Skylights
9 Ground Level + 2 Dock High Loading Doors
70 Car Parking
Located Just East Of Central Avenue**

LEASE RENTAL $ **13,200*** /mo  Gross **0.20*** Net  Term **Submit**
SALE PRICE $ **NFS**  Price/SF $ ___  Possession **D-12/01/10**  Tax $ **43,560.00**  Yr **2010-2011**
Avail SF **66,000**  Power A **3000**  V **480-480**  Ø **3**  W **4**
Min. SF **7,000**  Heat **NONE**  Cooling **NONE**  PWR Notes **VERIFY**
Land SF **131,116**  Truck Hi Pos **2**  Dim **20X14**
Const **BLK**  Roof **VERFY**  Grd Lev Drs **9**  Dim **16X16**
Rail **NONE**  Unfin Ofc Mezz SF **0**  Incl in Avail SF **N**  Restrooms:
Sprinklered **YES**  Min Clear Height **15**  OFFICE DATA  Office SF **2,000**  # **5**
Pkg **70**  Yard **Yes-Fncd/Pvd**  Yr Blt **1954**  A/C **Y**  Heat **Y**  Fin Ofc Mezz SF **1,000**  Incl in Avail SF **Y**
Thomas Bk Pg# **734-AI**  Zone **COML**  To Show **Call Broker - FOR APPOINTMENT**  Sp. Feat. **YARD**
AGENT **Anthony Behar (213) 747-8426; anthony@majorproperties.com**  Region **S**  Listing # **1238029**
FIRM **Major Properties**  **11/19/10**
FTCF **AP250Y200S000/AOAA**  Notes **For first 6 months; then rent becomes $0.40 per sq.ft. Clear height varies from 16'-22'.**
**Verify power. Minimum sq. ft.: Call broker.**

THIS IS A LISTING OF THE "MULTIPLE" AND IS SUBJECT TO ALL ITS APPLICABLE RULES AND REGULATIONS
This information has been furnished from sources which we deem reliable, but for which we assume no liability  The information contained herein is given in
confidence, with the understanding that all negotiations pertaining to this property be handled through the submitting office  All measurements are approximate
© American Industrial Real Estate Association





**Commercial & Industrial Specialists**

1200 W. OLYMPIC BLVD, LOS ANGELES, CA 90015 / 213-747-4151 / FAX 213-749-7972 / WWW.MAJORPROPERTIES.COM

**1901 W. EL SEGUNDO BOULEVARD, COMPTON, CA 90222**

CENTRAL AVENUE



#10
8 Retail Stores Totaling 5,400 Sq.Ft.

Yard

7,000 Sq.Ft.    #4

#3
17,000 Sq.Ft.

EL SEGUNDO BOULEVARD

Yard

9,400 Sq.Ft.    #2

1,014 Sq.Ft.    #6
2,360 Sq.Ft.    #5
1,246 Sq.Ft.    #7
1,264 Sq.Ft.    #8
89
1,520 Sq.Ft.    #9

27,000 Sq.Ft.    #1

Office



**MAJOR PROPERTIES**
REAL ESTATE
Commercial • Industrial • Residential

<u>For More Information, Please Contact</u>
**Anthony Behar at 213.747.8426**
anthony@majorproperties.com

# INDUSTRIAL  FOR LEASE

AVAIL SF: **81,000**

TOTAL BLDG SF: **81,000**



| ADDRESS | 425 E DIXON ST, COMPTON CA | ZIP | **90220** |

### Outstanding Low Priced Manufacturing Facility
### Heavy Well Distributed Power
### *20'+ Clearance Throughout *Secured Fenced Yard
### 2 Blocks South 105 Freeway
### 7,746 Sq. Ft. Front Office Building Also Available

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **LEASE RENTAL $ 19,400** | | /mo Gross **0.240** | | Net | | Term **3-5 Yrs W/Periodic COLA's** | | | |
| **SALE PRICE $ NFS** | | Price/SF $ | | Possession **D-01/01/11** | Tax $ **22,000.00** | | Yr | **2010-2011** | |
| Avail SF **81,000** | | **Power** A | **2000** | V | **480-480** | Ø | **3** | W | **4** |
| Min. SF **81,000** | | Heat | **NONE** | Cooling | **NONE** | PWR Notes **VERIFY** | | | |
| Land SF **POL** | | | | Dim **14x12** | | | | | |
| Const **MTL** | Roof | **OTH** | | Grd Lev Drs **4** | | Dim **See Notes** | | | |
| Rail **NONE** | | Unfin Ofc Mezz SF **0** | | | | Incl in Avail SF **N** | | Restrooms: | **1** |
| Sprinklered **YES** | | Min Clear Height **20** | | **OFFICE DATA** | Office SF **684** | | | # | **3** |
| Pkg **120** | Yard **Yes-Fenced** | Yr Blt **1959** | A/C **N** | Heat **N** | Fin Ofc Mezz SF **0** | | Incl in Avail SF **N** | | |
| Thomas Bk Pg# **704-J7** | Zone **M** | To Show **Call Broker – FOR APPOINTMENT** | | | Sp. Feat. **FREE** | | | | |
| **AGENT Mark Whitman (213)627-0007 x24** | | | | | | Region **S** | | Listing # **1236215** | |
| | | | ∅ | | | FIRM **Dorin Realty Company** | | **10/01/10** | |

FTCF **CB250N000S000/AOAA** Notes__Occupied. North Skylight Monitor Roof. Taxes Estimated - To Be Confirmed.__
Additional Offices/Restrooms & Truck High Loading Could Be Installed To Suit. Grd Lev Dr Dim: (2)20X20; (2)20X12. Special
Features: Free Standing Building.

THIS IS A LISTING OF THE "MULTIPLE" AND IS SUBJECT TO ALL ITS APPLICABLE RULES AND REGULATIONS
This information has been furnished from sources which we deem reliable, but for which we assume no liability. The information contained herein is given in confidence, with the understanding that all negotiations pertaining to this property be handled through the submitting office. All measurements are approximate.
© American Industrial Real Estate Association



MONDAY

120PM?

opNet - 425 E. Dixon Street, Manufacturing, Compton, CA    http://www.loopnet.com/xNet/MainSite/Listing/Profile/Profile.aspx?L...

> **Print all the details of this listing in a proper format by clicking the "Print Listing" link on the right-hand side of each listing.**

**LoopNet**
#1 in Commercial Real Estate Online

| For Sale | For Lease | Sales Comps | Property Records | Market Trends | Community | Add Property | My LoopNet |

Become a free member | Help | Log in

Back to Search Results                                     Previous Result 22 of 59  Next Result

Industrial Property For Lease

## 425 E. Dixon Street
425 E. Dixon Street, Compton, CA 90220



425 E. Dixon St.

| | |
|---|---|
| Total Space Available: | 81,000 SF |
| Rental Rate: | $0.24 /SF/Month |
| Property Type: | Industrial |
| Property Sub-type: | Manufacturing |
| Building Size: | 81,000 SF |
| Zoning Description: | M |

Find Out More...

Last Verified 9/12/2011
Listing ID  16874067

**Presented by**
Dorin Realty Company, Inc.

**Request additional information**

Mark Whitman
(213) 627-0007
Contact listing broker

Name
First Name
Last Name

Email

Phone
                                                        ext

Please send me additional information about this property.

**Contact Listing Broker**

By clicking "Contact Listing Broker", you are indicating that you have read, understood, and agree to LoopNet's Terms and Conditions.

New to LoopNet? No problem. As a courtesy, LoopNet will automatically create a free account so that you can access more listing details, setup new saving searches, and more.

We will not share your email address. View our Privacy Policy.

**Watch This Property**

Share this listing
Send to Friend
Link to This Listing
Embed This on Your Web Site
Widgets, Badges and Tools

Share on social networks
Recommend
Share

Additional options
Print Listing
View Map
Demographics

**1 Space Available**                    Display Rental Rate as Entered

| Space 1 | Space Available: | 81,000 SF |
|---|---|---|
| | Rental Rate: | $0.24 /SF/Month |
| | Space Type: | Manufacturing |
| | Lease Type: | Industrial Gross |
| | No. Parking Spaces: | 120 |
| | Office SF: | 684 SF |
| | No. Dock-High Doors/Loading: | 1 |
| | No. Drive In / Grade-Level Doors: | 4 |
| | Clear Ceiling Height: | 20 ft. |

**Attachments**
425 E. Dixon Brochure

**Description**
Outstanding low priced manufacturing facility. Heavy well distributed power, 20'+ clearance throughout - secured fenced yard, 7,746 sq. ft. front office building also available.
2 blocks South 105 Freeway, Thomas Book Page #704-J7.

Map of 425 E. Dixon Street, Compton, CA 90220 (Los Angeles County)          Hide Map



# 12150 Alameda Street, Lynwood, CA
## AKA 425 Dixon Street

**Dorin Realty Company, Inc.**

Contact Exclusive Agent
**Mark Whitman**
mwhitman@dorinrealty.com
213-627-0007 Ext 24
Fax: 213-627-0076

900 S. Santa Fe Avenue, Los Angeles, CA 90021

loopNet - 17908 S. Figueroa Street, Manufacturing, 17908 S. Figueroa ...        http://www.loopnet.com/xNet/MainSite/Listing/Profile/Profile.aspx?L...

**Print all the details of this listing in a proper format by clicking the "Print Listing" link on the right-hand side of each listing.**


**LoopNet**
#1 in Commercial Real Estate Online

| For Sale | For Lease | Sales Comps | Property Records | Market Trends | Community | Add Property | My LoopNet |

Become a free member   Help   Log In

Back to Search Results                                                                                          Result 1 of 59   Next Result

Industrial Property For Lease

# 17908 S. Figueroa Street
17908 S. Figueroa Street, Carson, CA 90746



| | |
|---|---|
| Total Space Available: | 67,334 SF |
| Rental Rate: | $0.43 /SF/Month |
| Property Type: | Industrial |
| Property Sub-type: | Manufacturing |
| Building Size: | 67,334 SF |

Find Out More

Last Verified 9/15/2011
Listing ID 17333802

Presented by

## LAREM

Request additional information

Wesley Babi
(310) 719-1585 Ext: 111
Contact listing broker

Name
MICHELLE
SHIRLOO

Email
FARZANEHMS@USA.CO

Phone
310
386
3630                                ext

Please send me additional information about this property

**Contact Listing Broker**

By clicking "Contact Listing Broker", you are indicating that you have read, understood, and agree to Loopnet's Terms and Conditions.

New to LoopNet? No problem. As a courtesy, LoopNet will automatically create a free account so that you can access more listing details, setup new listing alerts, and more.

We will not share your email address. View our Privacy Policy

**1 Space Available**

Display Rental Rate as Entered ▾

| | | |
|---|---|---|
| Space 1 | Space Available: | 67,334 SF |
| | Rental Rate: | $0.43 /SF/Month |
| | Space Type: | Manufacturing |
| | Lease Type: | Industrial Gross |
| | Date Available: | Sep 2011 |

**Description**

Excellent Manufacturing/Distribution Building
Heavy Power - 4,000 Amps
Complete Refurbishment in Progress
Additional Dock High Loading Possible
Waste Water Discharge Units Available

Immediate access to 405, 110, and 91 Freeways

Map of 17908 S. Figueroa Street, Carson, CA 90746 (Los Angeles County)         Hide Map

**Watch This Property**

Share this listing
   Send to Friend
   Link to This Listing ▾
   Embed This on Your Web Site
   Widgets, Badges and Tools

Share on social networks
   Recommend
   0
   Share

Additional options

LoopNet - 17908 S. Figueroa Street, Manufacturing, 17908 S. Figueroa ...     http://www.loopnet.com/xNet/MainSite/Listing/Profile/Profile.aspx...



Print Listing
View Map
Demographics

Created 9/15/2011

**More From this Broker**
Wesley Babl

Broker

View Profile


500 E Gardena
Boulevard
Gardena, CA
94,525 SF
Negotiable


1483 W Via Plata
Street
Long Beach, CA
$19,529,500
140,500 SF


17828 S Main Street
Carson, CA
104,544 SF
$0.16 /SF/Month


1726 W 134th
Street
Gardena, CA
34,066 SF
$0.16 /SF/Month


18118 3/4 Broadway
Gardena, CA
18,033 SF
$0.57 /SF/Month

**Additional Information for 17908 S Figueroa Street, Gardena, CA 90248**

View the Property Record for this address to access additional information such as historical listings, property details, tax details, owners, mortgages, tenants, and more.

**Asking Price Index Trends** for Carson, CA Industrial For Lease

Asking Rent for Carson, CA Industrial for Lease ($/SF/Year)



| | Aug 11 | vs. 3 mo. prior | Y-O-Y |
|---|---|---|---|
| State | $8.17 | -0.8% | -2.7% |
| Metro | $8.77 | 0.0% | -1.3% |

9/23/2011 5:01 PM