UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-8967 DSF (AJWx) | Date | 11/17/14 |
|---|---|---|---|
| Title | Medhi Haghighi, et al. v. JPMorgan Chase Bank, N.A., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Pamela Batalo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Neal C. Evans | Theodore E. Bacon |
| Dennis Palmieri | Mikel A. Glavinovich |

**Proceedings:**     Status Conference

    The matter is called and counsel state their appearances.  The Court hears from the parties as to the settlement of the matter as set forth on the record.  Trial is continued to January 13, 2015 at 8:30 am.  The Court has been advised that no jury fees have been incurred.